**Order entered November 15, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00183-CV

## AZTEC SYSTEMS, INC. AND GLENDON TODD CAPITAL, LLC, Appellants

### V.

### NICK PREVETT, Appellee

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-13630**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 5, 2018.  The appeal will be resubmitted in the first quarter of 2019.


/s/     MOLLY FRANCIS
PRESIDING JUSTICE